UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF CALIFORNIA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; et al.,<br><br>        Defendants,<br><br> and<br><br>THE LITTLE SISTERS OF THE POOR JEANNE JUGAN RESIDENCE,<br><br>        Intervenor-Defendant - Appellant. | No. 19-15072<br><br>D.C. No. 4:17-cv-05783-HSG<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |
| STATE OF CALIFORNIA; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; et al.,<br><br>        Defendants - Appellants,<br><br> and | No. 19-15118<br><br>D.C. No. 4:17-cv-05783-HSG<br>U.S. District Court for Northern California, Oakland |

| | |
|---|---|
| THE LITTLE SISTERS OF THE POOR JEANNE JUGAN RESIDENCE, | |
|       Intervenor-Defendant. | |
| STATE OF CALIFORNIA; et al., | No. 19-15150 |
|       Plaintiffs - Appellees, | D.C. No. 4:17-cv-05783-HSG |
| v. | U.S. District Court for Northern California, Oakland |
| U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; et al., | |
|       Defendants, | |
| and | |
| MARCH FOR LIFE EDUCATION AND DEFENSE FUND, | |
|       Intervenor-Defendant - Appellant. | |

The judgment of this Court, entered October 08, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7